# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
DynPort Vaccine Company, LLC ) ASBCA Nos. 59298, 60119
)
Under Contract No. DAMD17-98-C-8024 )

APPEARANCES FOR THE APPELLANT: Carl J. Peckinpaugh, Esq.
Brian F. Wilbourn, Esq.
  Computer Sciences Corporation
  Falls Church, VA

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
Kyle E. Chadwick, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

Pursuant to a settlement at an Alternative Disputes Resolution proceeding, the appeals have been withdrawn. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: 24 March 2016

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59298, 60119, Appeals of DynPort Vaccine Company, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2